## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

GREGORY HOSKINS and                         )
CAMIE HOSKINS, as parents and               )
Next of Kin for their Minor Child, T.H.,    )
     Plaintiffs,    )
                                            )
v.                                          )       Case No. 2:13-cv-15
                                            )       Judge Sharp
CUMBERLAND COUNTY BOARD OF                  )
EDUCATION, d/b/A SOUTH                      )
CUMBERLAND ELEMENTARY                       )
SCHOOL, and THE PHOENIX SCHOOL;             )
                                            )
AARONA VAN WINKLE, Individually and         )
in her Official Capacity as Director of     )
Cumberland County Schools;                  )
                                            )
KEENA INMAN, Individually and in her        )
Official Capacity as 504 Coordinator for    )
the Cumberland County School District;      )
                                            )
DARRELL THREET, Individually and in         )
his Official Capacity as Principal of       )
South Cumberland Elementary School;         )
                                            )
BECKY BROWN, Individually and in her        )
Official Capacity as Principal of South     )
Cumberland Elementary School and as         )
504 Coordinator for South Cumberland        )
Elementary School;                          )
                                            )
EDDIE NUNLEY, Individually and in his       )
Official Capacity as Principal of The       )
Phoenix School;                             )
                                            )
and JOHN TOLLETT, Individually and          )
in his Official Capacity as the School      )
Resource Officer assigned to The Phoenix    )
School,                                     )
     Defendants.    )

## Order

Before the Court are Defendant John Tollett's Motion for Summary Judgment, Docket No. 23, and a Motion to Dismiss or for Summary Judgment Filed by all Defendants (Other Than John Tollett), Docket No. 29. The Court will treat the motion filed by Defendants other than John Tollett as a motion for summary judgment. For the reasons articulated in the accompanying Memorandum, both motions are GRANTED. All of Plaintiffs' federal claims against all Defendants will be dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the remaining state-law claims and dismisses those claims without prejudice. This is the final order in this matter.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
CHIEF UNITED STATES DISTRICT JUDGE